## CITICORP MORTGAGE, INC. *v.* JAMES H. HAIRSTON ET AL. (13173)

O'CONNELL, FOTI and LAVERY, Js.

Argued December 5—decision released December 27, 1994

*Daniel P. Kulakofsky,* for the appellants (named defendant et al.).

*William K. Eisenman,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.